UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SILGAN CAN COMPANY, | No. 2:10-cv-02082-MCE-KJM |
| Plaintiff/ Counterdefendant, | |
| v. | **ORDER** |
| TEAMSTERS LOCAL UNION 150, | |
| Defendant/ Counterclaimant. | |

This case stems from a labor dispute involving individuals employed by Plaintiff Silgan Can Company ("Silgan"). After that dispute went to arbitration and an award was rendered, Silgan filed the present action on August 5, 2010, seeking to vacate the arbitration award on numerous grounds. Defendant Teamsters Local Union 150 ("Teamsters") filed an answer, counterclaim, and Motion for Summary Judgment seeking to confirm the arbitration award on August 31, 2010, less than one month after Silgan's lawsuit was instituted. The hearing on that Motion is currently set for September 30, 2010.

1

1    Presently before the Court are two Motions filed by Silgan,
2 which seek 1) to extend Silgan's time for opposing the Teamsters'
3 Motion until September 24, 2010, when Silgan indicates it will be
4 concurrently filing its own Motion for Summary Judgment to vacate
5 the arbitrator's award; and 2) to continue the hearing date on
6 the Teamsters' Motion so that both Motions can be concurrently
7 heard.

8    Having considered both Silgan's arguments and the Teamsters'
9 contentions in opposition, the Court concludes that good cause
10 has been established to continue the hearing on the Teamsters'
11 Motion and to extend Silgan's time for opposing that Motion.
12 Silgan's Motions (ECF No. 23 and 25) are accordingly GRANTED.
13 Silgan shall file its opposition to the Teamsters' Motion for
14 Summary Judgment (ECF No. 16) by September 24, 2010.  Silgan is
15 further directed to file its own Motion for Summary Judgment by
16 September 24, 2010, and notice that Motion for hearing on
17 November 18, 2010 at 2:00 p.m. in Department 7.  The Teamster's
18 Motion for Summary Judgment (ECF No. 16) is continued from
19 September 30, 2010 to November 18, 2010 so that both Motions can
20 be concurrently heard.

21    IT IS SO ORDERED.

Dated: September 23, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE