NEIL BODINE, SBN 60605
COSTA KERESTENZIS, SBN 186125
PETER McENTEE, SBN 252075
BEESON, TAYER & BODINE, APC
Beeson Tayer & Bodine, APC
520 Capitol Mall, Suite 300
Sacramento, CA  95814
Telephone:      (916) 325-2100
Facsimile:       (916) 325-2120
Email:            ckerestenzis@beesontayer.com

Attorneys for Defendant/Cross-Complainant
TEAMSTERS LOCAL 150

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silgan Can Company,<br><br>                              Plaintiff,<br><br>              v.<br><br>Teamsters Local Union 150,<br><br>                              Defendant. | Case No. 2:10-CV-02082-MCE-CMK (TEMP)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER**<br><br>**[F.R.C.P. 41(a)(1)]**<br><br>Courtroom:        7<br>Judge:              The Honorable<br>                         Morrison C. England<br>Complaint Filed: August 4, 2010<br>Trial Date:         Not Applicable |
| Teamsters Local 150,<br><br>                    Counterclaimant,<br><br>              v.<br><br>Silgan Can Company,<br><br>                    Counterdefendant. | |

///

///

///

Stipulation of Dismissal and [Proposed] Order
Case No. 2:10-CV-02082-MCE-CMK (TEMP)

180320

1    SUBJECT TO APPROVAL OF THIS COURT and pursuant to F.R.C.P. 41(a)(1) and the
2    settlement reached by the parties and noticed to the Court on or about December 16, 2010, the parties
3    to the above-referenced action hereby stipulate to dismiss this matter with prejudice.
4    Specifically, Plaintiff and Counterdefendant Silgan Can Company hereby dismisses with
5    prejudice its complaint in this matter, and Defendant and Counterclaimant Teamsters Local 150
6    hereby dismisses with prejudice its countercomplaint in this matter.
7    Pursuant to the settlement agreement, each party will bear its own fees and costs.
8    The Clerk is directed to close the file.

Dated:  February 8, 2011                    BEESON, TAYER & BODINE, APC


                                            By:         /s/
                                                  COSTA KERESTENZIS
                                                  Attorneys for Teamsters Local 150

Dated:  February 8, 2011                    SHERMAN & HOWARD, LLC


                                            By:         /s/
                                                  RAYMOND M. DEENY
                                                  Attorneys for Silgan Can Company


**IT IS SO ORDERED.**

DATE:  February 11, 2011

                                            _____
                                            MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE